DAVID A. STEINBERG (SBN 130593)
das@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
BRADLEY J. MULLINS (SBN 274219)
bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., | CASE NO. 2:22-cv-8602 **COMPLAINT FOR:** **1. DIRECT COPYRIGHT INFRINGEMENT** **2. CONTRIBUTORY COPYRIGHT INFRINGEMENT** **3. VICARIOUS COPYRIGHT INFRINGEMENT** **DEMAND FOR JURY TRIAL** |
| Plaintiffs, | |
| v. | |
| ICONIC LONDON (HOLDINGS) LIMITED and DOES 1 through 10, inclusive, | |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

1    Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC,

2  Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc.,

3  Rhino Entertainment LLC, Warner Music International Services Limited, Warner

4  Records Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music

5  Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp.

6  (collectively, "Plaintiffs"), by and through their attorneys, allege as follows:

7

8                        **INTRODUCTION**

9    1.    Warner Music Group is among the world's largest music

10  entertainment companies.  Through its affiliated companies, which include

11  Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy

12  Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Rhino

13  Entertainment LLC, Warner Music International Services Limited, Warner

14  Records Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music

15  Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp.

16  (collectively, "WMG"), WMG produces, manufactures, distributes, sells, and

17  licenses a legion of iconic and popular sound recordings and musical compositions,

18  including musical works by legendary artists and songwriters and many of today's

19  biggest hits.

20    2.    Defendant Iconic London (Holdings) Limited ("Iconic," and together

21  with Does 1-10, "Defendants") is a London-based skincare, beauty, and cosmetics

22  company.  Known internationally as "Iconic London," Iconic has experienced

23  meteoric growth, much of which is attributable to Defendants' massive

24  unauthorized exploitation of music in connection with promotional activities for

25  Iconic's products and brand.

26    3.    Defendants' unauthorized exploitation of Plaintiffs' musical works is

27  massive and deliberate.  It also is a critical part of its marketing and brand

28  development strategy.  Like many modern cosmetics brands, Defendants have

largely eschewed traditional advertising, relying instead upon promotion of Iconic's products through accounts it creates and maintains on social media sites such as Instagram, TikTok, and Facebook, as well as via paid partnerships with well-known social media "influencers."[1]  Defendants extensively use social media platforms to post videos that demonstrate and extol Iconic's products and promote their sale.

4.     Knowing that popular music is the best way to capture the attention of a youthful and trend-focused audience, Iconic and its social media influencers have incorporated many of Plaintiffs' most valuable works into marketing and advertising videos for Iconic products.  These videos (each, an "Iconic Video," and collectively, the "Iconic Videos") are such an integral part of Iconic's marketing and branding strategy that they often do not include any audio content other than music.  Iconic distributes the Iconic Videos to the public via the accounts that it maintains on a variety of social media platforms.

5.     While Iconic's social media "commercials" have been instrumental to Iconic's success, neither Defendants nor their influencer partners have sought permission or paid for the privilege to use the sound recordings and musical compositions that are featured in them.  To the contrary, Plaintiffs' initial investigation has revealed that Defendants misappropriated more than ***one hundred and sixty-five*** of Plaintiffs' most popular and valuable musical works, using these works to attract attention to the Iconic Videos, drive sales to Iconic, and establish Iconic's brand awareness and profile.  Among the musical works infringed by Iconic are sound recordings and musical compositions featuring such

---

[1] Iconic's advertising model is similar to that of Vital Pharmaceuticals, Inc. d/b/a "Bang Energy," an energy drink and sports nutrition supplement company which was found liable for copyright infringement in two different lawsuits due to the exact type of copyright infringement alleged herein.  *See UMG Recordings, Inc. v. Vital Pharms., Inc.*, No. 21-CV-60914-CIV, 2022 WL 2670339 (S.D. Fla. July 11, 2022); *Sony Music Entm't v. Vital Pharms., Inc.*, No. 21-22825-CIV, 2022 WL 4771858 (S.D. Fla. Sept. 14, 2022).

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Mitchell
Silberberg &
Knupp LLP

1  chart-topping and award-winning artists as Ariana Grande, Beyoncé, Bruno Mars,

2  Cardi B, Dua Lipa, Jason Derulo, Post Malone, Selena Gomez, The Weeknd, and

3  Wiz Khalifa.  Iconic not only failed to pay for the use of 165-plus musical works,

4  but by including these works in their promotional materials without Plaintiffs'

5  consent, Iconic deprived Plaintiffs, their recording artists, and their songwriters, of

6  the ability to control how and where their works are used.

7       6.    Defendants' conduct has caused Plaintiffs substantial and irreparable

8  harm.  Plaintiffs bring this action to obtain redress for Defendants' infringement of

9  Plaintiffs' valuable rights and to prevent further violations of those rights.

10

11                    **JURISDICTION AND VENUE**

12      7.    The Court has subject matter jurisdiction pursuant to 28 U.S.C.

13  §§ 1331 and 1338(a), insofar as this action arises under the Copyright Act of 1976,

14  17 U.S.C. §§ 101 *et seq*.

15      8.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and

16  28 U.S.C. § 1400(a).

17      9.    The Court has personal jurisdiction over Defendant Iconic London

18  (Holdings) Limited, including pursuant to Federal Rule of Civil Procedure 4(k)(2),

19  because Iconic has purposefully directed its activities at the United States (and

20  California) market, and at United States (and California) customers.

21      10.   One of the primary ways that Iconic directs its activities at the United

22  States is by actively using, maintaining accounts on, and contracting with United

23  States-based (and California-based) social media platforms, including Instagram

24  and Facebook, in order to direct its infringing videos through servers located in the

25  United States (and California) to consumers located in the United States (and

26  California).  Indeed, Iconic's social media channels target their content, including

27  their infringing content, directly at American users.  Iconic's social media posts are

28  often specifically directed to "American babes" or "USA babes."  These posts also

1   frequently tie solicitation of United States customers to American holidays such as

2   the Fourth of July, Labor Day, and Thanksgiving.  In 2018, for example, when

3   Iconic wished to promote the "launch" of its products at United States retail stores,

4   its post on Instagram depicted an American flag, solicited entries for a giveaway

5   contest, and received more than 15,000 "likes."  Likewise, Iconic posted an

6   infringing Iconic Video to its TikTok channel, dated August 10, 2020, with the

7   message: "Don't forget USA babes, this collection is now available at

8   @sephora🔥."  Illustrative examples of Iconic's social media posts that expressly

9   target United States consumers appear in **Figures 1a and 1b** below.

10

11    

12

13

14

15

16

17

18

19

20

21

22

23                          FIGURES 1a and 1b

24          11.    In addition to the foregoing, upon information and belief, Iconic has

25  purposefully directed its activities at the United States (and California) market, and

26  at United States (and California) customers, including by virtue of the following:

27          a)  Iconic accomplishes its infringement, in whole or in part, by

28              partnering with, compensating, and promoting social media

Mitchell
Silberberg &
Knupp LLP

5

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

influencers located in the United States, including multiple influencers in the State of California. Iconic works with or otherwise encourages and induces these influencers to create, reproduce, distribute, and publicly perform the infringing Iconic Videos, led by an Iconic-employed "Influencer Marketing" team and "Global Head of Influencer Marketing;"

b) Defendants, working with their agents and partners, incorporate Plaintiffs' highly popular sound recordings and musical compositions into the infringing Iconic Videos that Iconic posts on social media, knowing or having reason to know that California is a worldwide center of commercially recorded and licensed music, that Plaintiffs (and many of their recording artists and songwriters) reside in California, and that Plaintiffs' injury would be suffered in California and in this District;

c) Iconic targets and attracts a substantial number of customers and social media users in the United States, including in California. In fact, a significant portion of Iconic's customer base resides in the United States. Iconic's infringement has been an essential means of reaching, soliciting, and selling Iconic's products to customers and social media users in the United States, whose habits and locations in the United States and in California Iconic closely monitors;

d) Iconic operates the Iconic website, located at https://www.iconiclondoninc.com/ (the "Iconic Website"). The Iconic Website includes portions designated as being a "U.S." store targeted to consumers in the United States, and provides online pop-ups and related "welcome" messages targeting users in the United States and soliciting purchases from them;

Mitchell
Silberberg &
Knupp LLP

6

e) Iconic sells or at relevant times has sold Iconic products advertised in the infringing Iconic Videos directly to United States consumers throughout the United States, including consumers in California and this District;

f) Iconic sells or at relevant times has sold many of the Iconic products that are advertised in the infringing Iconic Videos via established United States retail partners, such as Sephora (with offices in California), Ulta Beauty, Kohl's, and QVC, including at locations in California and in this District.  Iconic did so knowing and intending that such retail partners would sell Iconic products in the United States, including in California;

g) Iconic ships Iconic products in bulk to commercial entities in the United States, knowing that such products will be distributed to United States consumers, including customers in California, through the above-referenced retail channels and/or the Iconic Website;

h) As of 2018, 30% of Iconic's customers were located in the United States[2];

i) Between 2016 and 2020, to protect its business interests in the United States market, Iconic's founder and parent company filed for and obtained at least two trademark registrations with the United States Patent and Trademark Office for use in commerce of the "ICONIC LONDON" mark in multiple classes in the United States, including, but not limited to, International Class 35 for, among other things, "advertising services provided via the Internet"[3] and International

[2] *See* https://www.cosmeticsdesign-europe.com/Article/2018/07/19/Blue-Gem-acquires-Instagram-startup-beauty-player-Iconic-London (last visited Nov. 17, 2022).

[3] United States Patent and Trademark Office Reg. No. 5,403,830.

Class 38 for, among other things, "electronic transmission and streaming of digital media content for others via global and local computer networks; computer aided transmission of messages, audio, video and image data; [and] information and advisory services relating to the aforesaid services;"[4] and

j)   A substantial portion of Iconic's United States sales are made in the State of California.

## THE PARTIES

### The Warner Music Group Companies

#### *The Record Company Plaintiffs*

12.   Plaintiff Atlantic Recording Corporation is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York.

13.   Plaintiff Atlantic Records Group LLC is a Delaware limited liability company with its principal place of business at 1633 Broadway, New York, New York.

14.   Plaintiff Bad Boy Records LLC is a Delaware limited liability company with its principal place of business at 1633 Broadway, New York, New York.

15.   Plaintiff Big Beat Records Inc. is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York.

16.   Plaintiff Elektra Entertainment Group Inc. is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York.

17.   Plaintiff Rhino Entertainment LLC is a Delaware limited liability company with its principal place of business at 777 S. Santa Fe Avenue, Los Angeles, California.

---

[4] United States Patent and Trademark Office Reg. No. 6,187,361.

Mitchell
Silberberg &
Knupp LLP

8

18.     Plaintiff Warner Music International Services Limited is a limited liability company organized and existing under the laws of England and Wales, with its principal place of business at 27 Wrights Lane, London, England.

19.     Plaintiff Warner Records Inc. is a Delaware corporation with its principal place of business at 777 S. Santa Fe Avenue, Los Angeles, California.

### *The Publishing Company Plaintiffs*

20.     Plaintiff Unichappell Music Inc. is a Delaware corporation with its principal place of business at 777 S. Santa Fe Avenue, Los Angeles, California.

21.     Plaintiff W Chappell Music Corp. is a California corporation with its principal place of business at 777 S. Santa Fe Avenue, Los Angeles, California.

22.     Plaintiff W.C.M. Music Corp. is a Delaware corporation with its principal place of business at 777 S. Santa Fe Avenue, Los Angeles, California.

23.     Plaintiff Warner Chappell Music, Inc. is a Delaware corporation with its principal place of business at 777 S. Santa Fe Avenue, Los Angeles, California.

24.     Plaintiff Warner-Tamerlane Publishing Corp. is a California corporation with its principal place of business at 777 S. Santa Fe Avenue, Los Angeles, California.

### **Defendants**

25.     Upon information and belief, Iconic London (Holdings) Limited is a United Kingdom corporation with its principal place of business in London, England.  Iconic has substantial contacts, sales, and activities in and directed toward the United States, including the State of California and this District.

26.     Upon information and belief, Defendants Does 1 through 10 own, operate, are affiliates or employees of, or are contracting parties with, Iconic, and/or are otherwise responsible for and proximately caused and are causing the harm and damages alleged in this Complaint.  Plaintiffs presently are unaware of the true names and/or the involvement of the Defendants sued herein by the fictitious designations Does 1 through 10, and for that reason, sue them by those

Mitchell
Silberberg &
Knupp LLP

9

designations.  Plaintiffs will seek leave to amend this pleading to identify those Defendants when their true names and involvement in the infringements and other wrongful conduct hereinafter described are known.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION
### Plaintiffs and Their Copyrighted Works

27.     All Plaintiffs are subsidiaries or related affiliates of Warner Music Group Corp., which is among the largest and most well-known music companies in the world.

28.     Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Rhino Entertainment LLC, Warner Music International Services Limited, and Warner Records Inc. (collectively, the "Record Company Plaintiffs") are engaged in the business of producing, marketing, promoting, distributing, selling, and/or licensing sound recordings, including by licensing third parties to use such sound recordings on social media platforms.

29.     Plaintiffs Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp. (collectively, the "Publishing Company Plaintiffs") are engaged in the business of acquiring and administering a catalog of musical compositions, including by licensing third parties to use such musical compositions in phonorecords, audiovisual works, and on social media platforms.

30.     Plaintiffs invest substantial money, time, effort, and creative talent in discovering and developing recording artists and songwriters; in creating, advertising, promoting, selling, and licensing sound recordings embodying the performances of their exclusive recording artists; and in administering and exploiting their repertoire of musical compositions.

Mitchell
Silberberg &
Knupp LLP

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

31.     Plaintiffs' sound recordings and musical compositions are protected by copyright law, which grants the copyright owner the exclusive right to, among other things, reproduce, distribute, and create derivative works of copyrighted works, to publicly perform musical compositions, and to digitally transmit sound recordings to the public.  An important portion of Plaintiffs' return on their investment in sound recordings and musical compositions (which they share with their exclusive recording artists and songwriters) comes from licensing sound recordings and musical compositions to others who use Plaintiffs' musical works in videos, films, television shows, commercials, video games, and on social media.

32.     Additionally, many recording artists and songwriters do not permit their works to be used in advertising, or are extremely selective about such uses. Accordingly, a license for the use of Plaintiffs' works for advertising or promotional purposes can be extremely valuable, since Plaintiffs do not allow their musical works to be used by everyone who desires a license.  The use of Plaintiffs' works in advertising and marketing without Plaintiffs' permission can have a significant impact on the overall value of the work and can harm the relationship between Plaintiffs and the recording artists and songwriters with whom they have contracted.

33.     Attached as Schedule A is an illustrative, non-exhaustive list of sound recordings and musical compositions of which the identified Plaintiff is an owner or exclusive licensee in the United States of rights under copyright, which rights have been infringed by Iconic, accompanied by the URLs of infringing Iconic Videos featuring that sound recording or musical composition posted and maintained by Iconic on one or more of its social media channels.  Each listed sound recording and musical composition reflected in Schedule A is registered with the United States Copyright Office.

Mitchell
Silberberg &
Knupp LLP

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

34.     Plaintiffs' investigation is continuing, and discovery is likely to reveal additional infringements.  Plaintiffs intend to seek leave to amend this pleading at an appropriate time to provide an expanded list of works infringed by Defendants.

## Defendants' Infringing Conduct

35.     Iconic is a cosmetics and skin care brand, manufacturer, and online retailer.  The "fast-growing, Instagram native make-up brand"[5] has approximately 1.6 million followers on Instagram alone,[6] with more than 121,000 followers and over 914,800 "likes" on TikTok,[7] and over 115,000 followers on Facebook.[8]

36.     Social media has been paramount to Iconic's creation and success, and the brand's collaboration with online "influencers" has been pivotal to its growth.[9]  (Broadly speaking, an "influencer" is a person with a large social media following whose reputation and credibility enables them to influence consumers' purchasing decisions or brand awareness.)  Iconic's founder, Jade Elliot, has acknowledged that the "biggest change" she has witnessed in the beauty industry since the 2015 launch of Iconic has been "the move to influencer marketing" and that "[s]ocial media is allowing new brands to compete with industry giants[.]"[10] Ms. Elliot credits "influencers" as her muses, and the "social media community" as "trend-makers" and the inspiration behind many Iconic products.[11]  The Iconic Website, which specifically caters to and targets United States-based users, states

_____

[5] https://www.bluegemcp.com/iconic (last visited Nov. 17, 2022).

[6] https://www.instagram.com/iconic.london/ (last visited Nov. 17, 2022).

[7] https://www.tiktok.com/@iconic.london?lang=en (last visited Nov. 17, 2022).

[8] https://www.facebook.com/iconiclondoninc/ (last visited Nov. 17, 2022).

[9] *See* https://www.beautyindependent.com/iconic-london-american-invasion-lift-makeup-sales-sephora-ulta/ (last visited Nov. 17, 2022).

[10] https://www.luxury-briefing.com/2019/07/iconic-london-jade-elliott-interview/ (last visited Nov. 17, 2022)

[11] *Id.*

that its goal in creating its "on-the-glow products" is to offer its users "instant, instagrammable effects."[12]

37.    Defendants devote substantial resources to their social media advertising and promotional efforts.  In a 2020 interview, Iconic's CEO, Selma Terzic, asserted that "[Iconic has] a massive U.S. following on Instagram, which leads to a huge opportunity in the U.S."[13]  Iconic's marketing director, Tejal Agrawal, similarly acknowledged that e-commerce and the influencer model has been "hugely important" to the brand because "[Iconic's] roots are very much in this market and the connection from influencer to an e-commerce website is much more direct than a physical store."[14]  Even Bluegem Capital Partners, which acquired a majority stake in Iconic in 2018, has attributed Iconic's success to the brand's "new approach to purchasing beauty in a digital age, amassing over 800K global followers and influential fans to date, which has been integral to the brand's instant success."[15]

38.    Upon information and belief, in order to build and maintain its prominence on social media, Iconic partners with dozens of social media influencers to promote its products and its brand.  Iconic recruits, communicates with, and directs these influencers through its in-house "Influencer Marketing" team.[16]  Upon information and belief, Iconic seeks out and recruits many well-

---

[12] https://www.iconiclondoninc.com/pages/our-story (last visited Nov. 17, 2022).

[13] *See supra* note 9.

[14] https://www.cosmeticsdesign-europe.com/Article/2020/02/11/Iconic-London-plans-to-expand-globally-online-and-offline-particularly-in-Middle-East (last visited Nov. 17, 2022).

[15] https://beautymatter.com/articles/blue-gem-capital-acquires-iconic-london (last visited Nov. 17, 2022).

[16] https://www.linkedin.com/in/rebecca-shannon-342aa8130/ (LinkedIn profile listing the various tasks of Iconic's "Global Head of Influencer Marketing," including "[g]lobal influencer campaign strategy, execution and management" and "[i]dentifying influencers for specific channel purposes") (last visited Nov. 17,

known United States-based bloggers and influencers, including multiple individuals based in California, to market and promote its brand and its products.[17]

39.     Popular music is a critically important part of these influencer-driven social media and branding efforts.  At Iconic's direction, and with Iconic's support and approval, Iconic's influencers and partners – as well as Iconic's own employees and agents – have created and disseminated hundreds of infringing Iconic Videos which typically depict individuals showcasing or demonstrating one or more of Iconic's cosmetics and skincare products, synchronized to an audio track of a popular commercially available sound recording and musical composition.  The audio tracks typically run the full length of the Iconic Video and the Iconic Video usually includes the most recognizable portion of the featured musical work, such as the chorus or hook.

40.     Upon information and belief, Iconic's professional staff, including its Influencer Marketing team, are directly involved in creating and/or distributing the Iconic Videos.  For example, Iconic employees commission, review, and select videos for use on social media.  These employees also work with and oversee the influencers with whom Iconic partners, including by providing advice and direction as to the content of promotional videos.[18]  Iconic specifically encourages these influencers to create video content and feature Iconic products in their videos, including the infringing Iconic Videos.  Defendants actively review the Iconic Videos and then distribute the Iconic Videos by posting them on Iconic's social media pages.  In exchange for creating and distributing promotional videos, Iconic provides its influencers with monetary compensation, either directly or through commissions and/or rebates (though, contrary to Federal Trade

2022); *see also* https://www.linkedin.com/in/daisy-h-309b10166/ (LinkedIn profile of an Iconic "Influencer Outreach Executive") (last visited Nov. 17, 2022).

[17] *See supra* ¶¶ 11(a), 11(c), 36.

[18] *See supra* note 16.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Mitchell
Silberberg &
Knupp LLP

1  Commission guidelines, the influencers often do not disclose that they receive
2  compensation in any form).

3      41.    In addition to the videos created by Iconic influencers and
4  disseminated by Iconic, Iconic's employees create and post their own infringing
5  Iconic Videos.  For example, **Figures 2a and 2b** (which are screen captures from
6  the same Iconic Video at different time-stamps), reflect an infringing Iconic Video
7  created by Iconic and posted on Iconic's Facebook page promoting Iconic's
8  products, including its "Prep-Set-Glow," "Luminous Powder," and "HD Blend."
9  The Iconic Video recaps Iconic's notable sales and marketing activities in 2018
10 and displays images of celebrities who allegedly used Iconic's products and the
11 products Iconic debuted in 2018, synched to WMG's musical composition "thank
12 u, next" embodying the performance of Ariana Grande.  The Iconic Video ends
13 with a display of Iconic's logo and the phrase "AND THE BEST IS YET TO
14 COME…," capitalizing on the message and sentiment contained in the lyrics to
15 "thank u, next" to celebrate Iconic's success in 2018 and excitement for a new
16 year.



FIGURE 2a

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Mitchell
Silberberg &
Knupp LLP

17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11



FIGURE 2b

12   42.   In addition to the example described above, some other examples

13   include the following:

14   (a)   **Figure 3** is a screen capture of an Iconic Video created by or at the

15         direction of Iconic that was posted on TikTok.  This video promotes

16         various Iconic skincare products and uses WMG's musical

17         composition "Dark Horse" featuring the performance of Katy Perry.

18         In the Iconic Video, a model is shown applying Iconic products while

19         lip-synching popular and recognizable lyrics from "Dark Horse."  The

20         Iconic Video's description informs its viewers that "These best-sellers

21         are available @sephora US!" and includes hashtags to

22         "#IconicxSephora" and "#katyperry."

23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15     FIGURE 3

16    (b)    **Figure 4** is a screen capture of an Iconic Video posted on Instagram
17           promoting Iconic's "glow collection," including the "Prep-Set-Glow"
18           and "Illuminator" products and featuring WMG's sound recording and
19           musical composition "Juice," performed by Lizzo.  The caption
20           includes a promotion for a chance to win the Iconic "glow collection"
21           by "liking" the Instagram post and tagging a friend in the post's
22           comment section.

23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

17
**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13



FIGURE 4

14

15   (c)   **Figure 5** is a screen capture of an Iconic Video posted on TikTok

16        promoting various Iconic products.  The Iconic Video features

17        WMG's sound recording and musical composition "Please Me,"

18        embodying the performances of Cardi B and Bruno Mars, while

19        Iconic products are applied to a model.

20

21

22

23

24

25

26

27

Mitchell
Silberberg &
Knupp LLP

28

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



<u>FIGURE 5</u>

17
18
19
20
21
22
23
24
25
26
27
28

(d)  **Figure 6** is a screen capture of an Iconic Video posted on TikTok
promoting Iconic's "Lip Plumping Gloss."  The Iconic Video shows
United States-based influencer Nicole Tanneberg applying various
shades of Iconic's "Lip Plumping Gloss" and features WMG's sound
recording and musical composition "Don't Start Now," performed by
Dua Lipa.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



FIGURE 6

43.    None of the foregoing uses were authorized by or licensed from Plaintiffs, and Defendants did not compensate Plaintiffs in any manner for their use of Plaintiffs' sound recordings and musical compositions.

44.    Recognizing the importance of music to their social media posts, Defendants' posts often specifically identify the featured sound recording and/or musical composition featured in the Iconic Videos.  Defendants' audience recognizes this importance, making comments such as "#dope #song too!!"

45.    The Iconic Videos also routinely identify and promote particular Iconic products and/or specifically call out and promote other Iconic products, services or specials.

46.    Iconic has generated global brand awareness, largely as a result of the ubiquity and effectiveness of the infringing Iconic Videos, many of which have received thousands of views and "likes."  Since it was founded in 2015, Iconic has

increased its social media following to over 1.8 million people[19] and has successfully expanded its commercial reach to "more than 200 destinations worldwide," including to the United States – Iconic's largest international market.[20]  Upon information and belief, at all relevant times, the Iconic social media sites have linked directly to the Iconic Website, or even to specialized "shops" set up on sites such as Facebook and Instagram where Iconic products can be purchased.

47.  Defendants' infringement was willful.  Notably, the social media platforms on which Defendants posted the infringing Iconic Videos expressly state that users have no right to infringe music, particularly in connection with commercial activities.  For example, the Instagram Terms of Use incorporate "Music Guidelines," which are maintained in the "Legal" section of the Facebook website.  Those Music Guidelines expressly provide as follows: "Use of music for commercial or non-personal purposes in particular is prohibited unless you have obtained appropriate licenses."[21]  Similarly, the TikTok Terms of Service unequivocally state that no rights are granted respecting use of sound recordings and musical works:

> NO RIGHTS ARE LICENSED WITH RESPECT TO SOUND RECORDINGS AND THE MUSICAL WORKS EMBODIED THEREIN THAT ARE MADE AVAILABLE FROM OR THROUGH THE SERVICE.[22]

---

[19] *See supra* notes 6-8.

[20] https://www.global-e.com/en/success-stories/iconic/ (last updated Nov. 17, 2022).

[21] *Terms of Use*, Instagram, http://help.instagram.com/581066165581870 (incorporating Music Guidelines) (last visited Nov. 17, 2022); *Music Guidelines*, Facebook, https://www.facebook.com/legal/music_guidelines (last visited Nov. 17, 2022).

[22] *Terms of Service*, TikTok, https://www.tiktok.com/legal/terms-of-service?lang=en (last visited Nov. 17, 2022).

Mitchell Silberberg & Knupp LLP

1   Upon information and belief, Defendants were aware of these terms, but elected to
2   ignore them.

3          48.    Defendants' willfulness is further evidenced by the fact that even after
4   receiving notice of Plaintiffs' claims, Defendants failed to either seek out or take
5   down other infringing Iconic Videos that permeate Iconic's social media channels.
6   Since first contacting Iconic, Plaintiffs have identified dozens of additional
7   infringements on Iconic's social media pages, and Iconic has even posted new
8   infringing content.

9          49.    Courts specifically have held that the exact type of conduct engaged
10  in by Iconic constitutes copyright infringement.  On July 11, 2022, United States
11  District Judge William P. Dimitrouleas granted partial summary judgment to
12  another music company, Universal Music Group, in its action against Bang
13  Energy.[23]  In its order, the Court found that it was "undisputed that [Bang Energy]
14  posted approximately 140 TikTok videos utilizing portions of [Universal Music
15  Group's] copyrighted works," and concluded that the defendants were liable for
16  direct copyright infringement as a matter of law.[24]  Similarly, on September 14,
17  2022, Judge Dimitrouleas granted partial summary judgment to Sony Music
18  Entertainment in its action against Bang Energy, concluding that the defendants
19  were liable for both direct and vicarious copyright infringement as a matter of
20  law.[25]

21

22              **COUNT I: COPYRIGHT INFRINGEMENT**
23                  **(AGAINST ALL DEFENDANTS)**

24         50.    Plaintiffs incorporate paragraphs 1 through 49 of this Complaint as if
25  fully set forth herein.

26  _____

27  [23] *UMG Recordings*, 2022 WL 2670339 at *7.
    [24] *Id.* at * 7.
28  [25] *Sony*, 2022 WL 4771858, at *7-13.

Mitchell
Silberberg &
Knupp LLP

51.    Defendants' creation, posting/reposting, and/or the streaming of the Iconic Videos infringe Plaintiffs' copyrights.  Among other things, Defendants have unlawfully reproduced, prepared derivative works from, distributed, publicly performed, and/or publicly performed by means of a digital audio transmission, the copyrighted works listed on Schedule A without authorization, in violation of 17 U.S.C. §§ 106(1), (2), (3), (4) and/or (6).

52.    Defendants' acts of infringement have been knowing, deliberate, and willful, and in utter disregard for Plaintiffs' rights.

53.    Thus, because Defendants directly posted the Iconic Videos utilizing exact copies of portions of Plaintiffs' copyrighted works without authorization from Plaintiffs, Defendants are liable for direct copyright infringement.  *See Sony*, 2022 WL 4771858, at *8 ("it is undisputed that Defendants directly posted approximately 286 social media videos utilizing portions of Plaintiffs' copyrighted works [without authorization] . . . Courts have found that the unauthorized reproduction, distribution, and public performance of sound recordings via the internet violates the Copyright Act . . . Both elements of a direct copyright infringement claim having been established based upon the undisputed material facts . . . Plaintiffs are entitled to partial summary judgment against Defendants").

54.    As a direct and proximate result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to their actual damages, including Defendants' profits from infringement, in amounts to be proven at trial, pursuant to 17 U.S.C. § 504(b).  In the alternative, at Plaintiffs' election pursuant to 17 U.S.C. § 504(c), Plaintiffs are entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

55.    Plaintiffs are entitled to their costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

56.     Defendants' conduct is causing, and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be fully compensated or measured in money.  Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction prohibiting the infringement of Plaintiffs' copyrights and exclusive rights under copyright.

## COUNT II: CONTRIBUTORY COPYRIGHT INFRINGEMENT (AGAINST ALL DEFENDANTS)

57.     Plaintiffs incorporate paragraphs 1 through 56 of this Complaint as if fully set forth herein.

58.     As detailed above, the third-party influencers who created and distributed Iconic Videos have likewise infringed Plaintiffs' copyrights, and Defendants are liable as contributory copyright infringers for the infringing acts of these influencers.  Additionally, or alternatively, Defendants are liable as contributory copyright infringers by making the Iconic Videos available to the users and subscribers of the social media platforms referenced above.

59.     By promoting and/or assisting with the creation of the infringing Iconic Videos and/or by causing them to be copied, made available, and transmitted over the social media platforms referenced above, Defendants materially contributed to the infringing reproduction, preparation of derivative works, distribution, and/or public performance of the copyrighted works contained in the Iconic Videos, including but not limited to the works listed in Schedule A. Defendants have actual and constructive knowledge of such infringement, including actual or constructive knowledge that no Plaintiff has granted the rights to include such Plaintiff's copyrighted works in the Iconic Videos.  In addition, Defendants have induced such infringement, including by promoting such infringement through the compensation paid to social media collaborators and

Mitchell
Silberberg &
Knupp LLP

24

other influencers, reposting the infringing Iconic Videos, and calling out sound recordings and musical compositions used in the infringing Iconic Videos.

60.    Defendants' acts of contributory infringement are knowing, deliberate, and willful, and in utter disregard for Plaintiffs' rights.

61.    As a direct and proximate result of Defendants' contributory infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to their actual damages, including Defendants' profits from infringement, in amounts to be proven at trial, pursuant to 17 U.S.C. § 504(b).  In the alternative, at Plaintiffs' election pursuant to 17 U.S.C. § 504(c), Plaintiffs are entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

62.    Plaintiffs are entitled to their costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

63.    Defendants' conduct is causing, and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be fully compensated or measured in money.  Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction prohibiting the contributory infringement of Plaintiffs' copyrights and exclusive rights under copyright.

## COUNT III: VICARIOUS COPYRIGHT INFRINGEMENT
## (AGAINST ALL DEFENDANTS)

64.    Plaintiffs incorporate paragraphs 1 through 63 of this Complaint as if fully set forth herein.

65.    As detailed above, third-party influencers who created and distributed Iconic Videos have likewise infringed Plaintiffs' copyrights, and Defendants are vicariously liable for the infringing acts of these influencers.  Additionally, or

Mitchell
Silberberg &
Knupp LLP

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

alternatively, Defendants are liable as vicarious copyright infringers by making the Iconic Videos available to the users and subscribers of the social media platforms referenced above.

66.     Defendants have exercised the right, ability, and authority to control and supervise the placement of the infringing Iconic Videos on the social media platforms referenced above.  Defendants also have the ability to remove the infringing Iconic Videos from each platform.  Defendants receive a direct financial benefit from the infringing reproduction, preparation of derivative works, distribution, and/or public performance of the copyrighted works contained in the Iconic Videos, including but not limited to the works listed in Schedule A, including (among other financial benefits) increased brand recognition and product sales.

67.     Defendants' acts of vicarious infringement are knowing, deliberate, and willful, and in utter disregard for Plaintiffs' rights.

68.     Thus, because (similar to Bang Energy) Defendants had the ability to control, supervise, and remove the infringing Iconic Videos posted by third parties, and they received a direct financial benefit from the distribution, and/or public performance of the copyrighted works contained in the infringing Iconic Videos, Defendants are liable for vicarious copyright infringement.

69.     As a direct and proximate result of Defendants' vicarious infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to their actual damages, including Defendants' profits from infringement, in amounts to be proven at trial, pursuant to 17 U.S.C. § 504(b).  In the alternative, at Plaintiffs' election pursuant to 17 U.S.C. § 504(c), Plaintiffs are entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

1    70.    Plaintiffs are entitled to their costs, including reasonable attorneys'

2    fees, pursuant to 17 U.S.C. § 505.

3    71.    Defendants' conduct is causing, and, unless enjoined by this Court,

4    will continue to cause Plaintiffs great and irreparable injury that cannot be fully

5    compensated or measured in money.  Plaintiffs have no adequate remedy at law.

6    Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction

7    prohibiting the vicarious infringement of Plaintiffs' copyrights and exclusive rights

8    under copyright.

9

10                              **PRAYER FOR RELIEF**

11    WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

12    (a)    for a permanent injunction requiring that Defendants, and their

13    officers, agents, employees, attorneys, and others in active concert or participation

14    with each or any of them, cease infringing, or causing, enabling, facilitating,

15    encouraging, promoting, inducing, and/or participating in the infringement of, any

16    of Plaintiffs' copyrights protected by the Copyright Act, whether now in existence

17    or hereafter created;

18    (b)    for Plaintiffs' actual damages and Defendants' profits from

19    infringement, pursuant to 17 U.S.C. § 504(b), in amounts to be proven at trial, or,

20    in the alternative, at Plaintiffs' election pursuant to 17 U.S.C. § 504(c), for

21    statutory damages up to the maximum amount of $150,000 per infringed work, or

22    such other amounts as may be proper under 17 U.S.C. § 504(c);

23    (c)    for Plaintiffs' costs, including reasonable attorneys' fees, pursuant to

24    17 U.S.C. §§ 505 and 1203(b)(4), (5) and otherwise;

25    (d)    for pre-judgment and post-judgment interest; and

26    (e)    for such other and further relief as the Court may deem just and

27    proper.

28

Mitchell
Silberberg &
Knupp LLP

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1    Dated:  November 25, 2022          DAVID A. STEINBERG
2                                       MARC E. MAYER
                                        BRADLEY J. MULLINS
3                                       MITCHELL SILBERBERG & KNUPP LLP

4                                       By:  _____
5                                             David A. Steinberg (SBN 130593)
6                                             Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1

## **DEMAND FOR JURY TRIAL**

2           Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC,

3   Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc.,

4   Rhino Entertainment LLC, Warner Music International Services Limited, Warner

5   Records Inc, Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music

6   Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp.,

7   hereby demand a trial by jury on all matters and issues so triable.

8

9   Dated:  November 25, 2022           DAVID A. STEINBERG
                                        MARC E. MAYER
10                                      BRADLEY J. MULLINS
                                        MITCHELL SILBERBERG & KNUPP LLP
11

12

13                                      By:  _____
                                             David A. Steinberg (SBN 130593)
14                                           Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

## SCHEDULE A

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 1 | Ali Gatie | What If I Told You That I Love You | SR0000871250 | Warner Records Inc. | https://www.tiktok.com/@iconic.london/video/6792979752727645446 |
| 2 | Ali Gatie | What If I Told You That I Love You | PA0002238401 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6792979752727645446 |
| 3 | Anne-Marie | Perfect | SR0000913070 | Warner Music International Services Limited | https://www.instagram.com/p/Bu5v-Rqh8hM/ |
| 4 | Ariana Grande | 34+35 | PA0002289176 | Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6899485399354232065 https://www.instagram.com/reel/CHyHsZ-hbxJ/ https://www.instagram.com/reel/CITSMhsB7WK/ |
| 5 | Ariana Grande | 7 rings | PA0002191175 | Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6765900750481624325 https://www.tiktok.com/@iconic.london/video/6822654389233143045 https://www.tiktok.com/@iconic.london/video/6930704627260247302 https://www.instagram.com/reel/CLcot4GBtYl/ |
| 6 | Ariana Grande | break up with your girlfriend, i'm bored | PA0002197949 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6760694386067000581 |
| 7 | Ariana Grande | Dangerous Woman | PA0002038831 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1738106769805353/ https://www.instagram.com/reel/CI5-NWKD4me/ |

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 8 | Ariana Grande | imagine | PA0002166251 | W Chappell Music Corp. | https://www.facebook.com/iconiclondoninc/videos/317241965457558/ |
| 9 | Ariana Grande | just like magic | PA0002269024 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6899102446828702978 https://www.instagram.com/reel/CIBUZ_Ahn4a/ |
| 10 | Ariana Grande | my hair | PA0002283302 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CPDGzRQhqGx/ |
| 11 | Ariana Grande | positions | PA0002268903 | W Chappell Music Corp. | https://www.instagram.com/reel/CHf8g7YhfZx/ https://www.instagram.com/reel/CMsAYh6B39L/ |
| 12 | Ariana Grande | pov | PA0002269033 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CIvtK0shdTl/ |
| 13 | Ariana Grande | test drive | PA0002288797 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CPtDhBqhqoD/ |
| 14 | Ariana Grande | thank u, next | PA0002154953 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/796583457363011/ |
| 15 | Bazzi | Beautiful | SR0000824441 | Atlantic Records Group LLC | https://www.tiktok.com/@iconic.london/video/6932491349920845062 |
| 16 | Bebe Rexha | F.F.F. (feat. G-Eazy) | SR0000811240 | Warner Records Inc. | https://www.instagram.com/p/BTR-W67Fgh2/ |
| 17 | Bebe Rexha | F.F.F. (feat. G-Eazy) | PA0002075537 | W Chappell Music Corp. | https://www.instagram.com/p/BTR-W67Fgh2/ |

Schedule A – Page 2

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 18 | Becky Hill | Last Time | PA0002348241 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6942894118087544070 |
| 19 | Beyoncé | ***Flawless (feat. Chimamanda Ngozi Adichie) | PA0001918122 | W Chappell Music Corp. | https://www.instagram.com/p/Blll7o-Hvyo/ |
| 20 | Beyoncé | Check On It (feat. Slim Thug) | PA0001324609 | W Chappell Music Corp. | https://www.instagram.com/reel/CK7ErpLhIuW/ |
| 21 | Beyoncé | Drunk in Love (feat. Jay-Z) | PA0001918132 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1909171902698838/ |
| 22 | Beyoncé | Formation | PA0002061475 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1747476775535019/ |
| 23 | Beyoncé | Jealous | PA0001918143 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2131348636956347/ |
| 24 | Beyoncé | Mine (feat. Drake) | PA0001918125 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1904544299828265/ |
| 25 | Beyoncé | Partition | PA0001918144 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1896673550615340/ |

Schedule A – Page 3

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 26 | Beyoncé | XO | PA0001918135 | W Chappell Music Corp. | https://www.facebook.com/iconiclondoninc/videos/2202397383209147/ |
| 27 | BlocBoy JB | Look Alive (feat. Drake) | SR0000925840 | Warner Records Inc. | https://www.facebook.com/iconiclondoninc/videos/2143989375883755/ |
| 28 | BlocBoy JB | Look Alive (feat. Drake) | PA0002147006 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2143989375883755/ |
| 29 | Blu DeTiger | Figure It Out | PA0002348292 | Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6843814855263210757 |
| 30 | Bruno Mars | Finesse | SR0000791729 | Atlantic Recording Corporation | https://www.facebook.com/iconiclondoninc/videos/2139850982964261/ https://www.tiktok.com/@iconic.london/video/6755860574032170246 |
| 31 | Bruno Mars | Finesse | PA0002082186 | W Chappell Music Corp.; Warner Chappell Music, Inc.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2139850982964261/ https://www.tiktok.com/@iconic.london/video/6755860574032170246 |

Schedule A – Page 4

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 32 | Bruno Mars | Finesse (feat. Cardi B) [Remix] | SR0000902678 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/2061816757434351/ https://www.facebook.com/1587662884849743/videos/2067588423523851/ https://www.facebook.com/1587662884849743/videos/2055209968095030/ https://www.facebook.com/1587662884849743/videos/2059263931022967/ https://www.instagram.com/p/Be_CIdAFTXd/ https://www.instagram.com/p/Bed9jLDFS_M/ https://www.instagram.com/p/BesiuuZFa3A/ https://www.instagram.com/p/BeTnVFelH0n/ https://www.instagram.com/p/BfNg8OAFCm5/ https://www.instagram.com/p/Bfni-IFlI4Z/ |
| 33 | Bruno Mars | Finesse (feat. Cardi B) [Remix] | PA0002242766 | W Chappell Music Corp.; Warner Chappell Music, Inc.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2061816757434351/ https://www.facebook.com/1587662884849743/videos/2067588423523851/ https://www.facebook.com/1587662884849743/videos/2055209968095030/ https://www.facebook.com/1587662884849743/videos/2059263931022967/ https://www.instagram.com/p/Be_CIdAFTXd/ https://www.instagram.com/p/Bed9jLDFS_M/ https://www.instagram.com/p/BesiuuZFa3A/ https://www.instagram.com/p/BeTnVFelH0n/ https://www.instagram.com/p/BfNg8OAFCm5/ https://www.instagram.com/p/Bfni-IFlI4Z/ |
| 34 | Bruno Mars | That's What I Like | SR0000791729 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/1890640454551983/ https://www.instagram.com/p/BkvhuaKBhZ8/ |

Schedule A – Page 5

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 35 | Bruno Mars | That's What I Like | PA0002082150 | W Chappell Music Corp.; Warner Chappell Music, Inc.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1890640454551983/ https://www.instagram.com/p/BkvhuaKBhZ8/ |
| 36 | Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | SR0000932365 | Atlantic Recording Corporation | https://www.instagram.com/reel/CNQas2eBe_2/ |
| 37 | Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | PA0002314161 | W Chappell Music Corp.; Warner Chappell Music, Inc.; Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CNQas2eBe_2/ |
| 38 | Burna Boy | Ye | SR0000816243 | Atlantic Recording Corporation | https://www.instagram.com/p/B9UbiTUB57p/ |
| 39 | Camila Cabello | Havana (feat. Young Thug) | PA0002091819 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2007508079531886/ |
| 40 | Camila Cabello | OMG (feat. Quavo) | PA0002166871 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2124024687880224/ |
| 41 | Cardi B | Bartier Cardi (feat. 21 Savage) | SR0000823670 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/2127817400834286/ https://www.instagram.com/p/Bi1rSaglZFK/ |
| 42 | Cardi B | Bartier Cardi (feat. 21 Savage) | PA0002129433 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2127817400834286/ https://www.instagram.com/p/Bi1rSaglZFK/ |

Schedule A – Page 6

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 43 | Cardi B | Be Careful | SR0000823667 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/2120184594930900/ https://www.facebook.com/1587662884849743/videos/781372968904574/ https://www.instagram.com/p/BikFw3KHOQE/ |
| 44 | Cardi B | I Do (feat. SZA) | SR0000823652 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/2106771212938905/ |
| 45 | Cardi B | I Do (feat. SZA) | PA0002142749 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/2106771212938905/ |
| 46 | Cardi B, Bad Bunny & J Balvin | I Like It | SR0000823652 | Atlantic Recording Corporation | https://www.facebook.com/iconiclondoninc/videos/2131883753760984/ |
| 47 | Cardi B, Bad Bunny & J Balvin | I Like It | PA0002143531 | W Chappell Music Corp. | https://www.facebook.com/iconiclondoninc/videos/2131883753760984/ |
| 48 | Cardi B & Bruno Mars | Please Me | SR0000866005 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/596300380846172/ https://www.instagram.com/p/B4koRZNhexh/ https://www.instagram.com/p/B5Is7DHh-oT/ https://www.instagram.com/p/Bv9j0Ylhu0p/ https://www.tiktok.com/@iconic.london/video/6754281848123297029 |
| 49 | Cardi B & Bruno Mars | Please Me | PA0002184689 | W Chappell Music Corp.; Warner Chappell Music, Inc.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/596300380846172/ https://www.instagram.com/p/B4koRZNhexh/ https://www.instagram.com/p/B5Is7DHh-oT/ https://www.instagram.com/p/Bv9j0Ylhu0p/ https://www.tiktok.com/@iconic.london/video/6754281848123297029 |

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|---|---|---|---|---|
| 50 | Caye | Easy (feat. Wiz Khalifa) | PA0002262230 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/BkdPeyqhkou/ |
| 51 | Charli XCX | Boys | SR0000874540 | Warner Music International Services Limited | https://www.instagram.com/p/BZMfj-SFJ52/ |
| 52 | Charli XCX | Boys | PA0002251913 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/BZMfj-SFJ52/ |
| 53 | Charlie Puth | Attention | SR0000810624 | Atlantic Records Group LLC | https://www.facebook.com/1587662884849743/videos/1916345301981498/ |
| 54 | Cheat Codes | No Promises (feat. Demi Lovato) | PA0002141471 | W Chappell Music Corp. | https://www.instagram.com/p/BcxiqDlFxQv/ |
| 55 | Clean Bandit | I Miss You (feat. Julia Michaels) | SR0000930470 | Warner Music International Services Limited | https://www.facebook.com/1587662884849743/videos/2055879411361419/ https://www.instagram.com/p/Bd53GwWlDYj/ https://www.instagram.com/p/BeiWyPtlK3F/ https://www.instagram.com/p/Bevm-aclUsZ/ |
| 56 | Clean Bandit | I Miss You (feat. Julia Michaels) | PAu003910294 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2055879411361419/ https://www.instagram.com/p/Bd53GwWlDYj/ https://www.instagram.com/p/BeiWyPtlK3F/ https://www.instagram.com/p/Bevm-aclUsZ/ |
| 57 | Clean Bandit | Symphony (feat. Zara Larsson) | SR0000930459 | Warner Music International Services Limited | https://www.instagram.com/p/BXUpCX9lAU8/ |

Schedule A – Page 8

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|---|---|---|---|---|
| 58 | Destiny's Child | Girl | PA0001281099 | W Chappell Music Corp. | https://www.facebook.com/iconiclondoninc/videos/2070111703271523/ |
| 59 | DJ Khaled | Wild Thoughts (feat. Rihanna & Bryson Tiller) | PA0002082167 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/1961570920792269/ https://www.instagram.com/reel/CN0Q07-hEOe/ |
| 60 | Doja Cat | Kiss Me More (feat. SZA) | PA0002304261 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CN0KX_pBN1-/ https://www.instagram.com/reel/CO3A4E3hvML/ https://www.instagram.com/reel/CPXpjiJhjzq/ |
| 61 | Doja Cat | Say So (feat. Nicki Minaj) | PA0002308467 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6824881881444519174 |
| 62 | Doja Cat | Woman | PA0002324952 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/7020495846852660485 |
| 63 | Drake | Fake Love | PA0002065840 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1809575402658489/ |
| 64 | Drake | Nice For What | PA0002230647 | W Chappell Music Corp. | https://www.facebook.com/iconiclondoninc/videos/2160716284211064/ |
| 65 | Dua Lipa | Break My Heart | SR0000869882 | Warner Music International Services Limited | https://www.tiktok.com/@iconic.london/video/6812633499053395205 https://www.tiktok.com/@iconic.london/video/6824517200800468230 |

Schedule A – Page 9

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 66 | Dua Lipa | Break My Heart | PA0002244853 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6812633499053395205 https://www.tiktok.com/@iconic.london/video/6824517200800468230 |
| 67 | Dua Lipa | Don't Start Now | SR0000864567 | Warner Music International Services Limited | https://www.tiktok.com/@iconic.london/video/6775543831770303749 |
| 68 | Dua Lipa | Don't Start Now | PA0002266991 | Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6775543831770303749 |
| 69 | Dua Lipa | IDGAF | SR0000825753 | Warner Music International Services Limited | https://www.facebook.com/1587662884849743/videos/2102253036724056/ |
| 70 | Dua Lipa | IDGAF | PA0002129845 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2102253036724056/ |
| 71 | Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited | https://www.instagram.com/reel/CFzqtxahnyO/ |
| 72 | Dua Lipa | Levitating | PA0002292827 | W Chappell Music Corp. | https://www.instagram.com/reel/CFzqtxahnyO/ |
| 73 | Dua Lipa | New Rules | SR0000825753 | Warner Music International Services Limited | https://www.instagram.com/p/Ba6sDEHlHUB/ |
| 74 | Dua Lipa | New Rules | PA0002091839 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/Ba6sDEHlHUB/ |

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 75 | Dua Lipa | Pretty Please | SR0000902950 | Warner Music International Services Limited | https://www.instagram.com/reel/CPqnW-yBso7/ |
| 76 | Dua Lipa | Pretty Please | PA0002348337 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CPqnW-yBso7/ |
| 77 | Dubdogz & Clubbers | Bass (Hold On) | SR0000927767 | Warner Music International Services Limited | https://www.instagram.com/p/Bo2FFEnAM7L/ |
| 78 | Ed Sheeran | You Need Me, I Don't Need You | SR0000704259 | Warner Music International Services Limited | https://www.instagram.com/p/BMmpLnshktH/ |
| 79 | Elderbrook | Numb | SR0000875193 | Warner Music International Services Limited | https://www.instagram.com/reel/CO5qN8HBPuq/ |
| 80 | Fifth Harmony | Work from Home (feat. Ty Dolla $ign) | PA0002060658 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1771457676470262/ |
| 81 | Fifth Harmony | Worth It (feat. Kid Ink) | PA0001961626 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/1738033706479326/ |
| 82 | Fleetwood Mac | Dreams | N39857 | Rhino Entertainment LLC | https://www.instagram.com/reel/CGh_vWCh-Mq/ |
| 83 | Galantis | No Money | SR0000787024 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/1761849897431040/ |
| 84 | Galantis | No Money | PA0002064688 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1761849897431040/ |

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 85 | Galantis & Hook N Sling | Love On Me | SR0000811245 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/2016188095330551/ |
| 86 | Gorillaz | Dirty Harry | SR0000379135/ SRu000573812 | Warner Music International Services Limited | https://www.tiktok.com/@iconic.london/video/6828598801230597381 https://www.tiktok.com/@iconic.london/video/6844551367520963845 |
| 87 | Grover Washington Jr. | Just the Two of Us (feat. Bill Withers) | SR0000023451 | Elektra Entertainment Group Inc. | https://www.tiktok.com/@iconic.london/video/6929515327894064390 |
| 88 | Gucci Mane | BiPolar (feat. Quavo) | SR0000840991 | Atlantic Recording Corporation | https://www.facebook.com/iconiclondoninc/videos/2272574559677718/ https://www.instagram.com/p/BsgNM8pBu_W/ |
| 89 | Gucci Mane | BiPolar (feat. Quavo) | PA0002181909 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2272574559677718/ https://www.instagram.com/p/BsgNM8pBu_W/ |
| 90 | HAIM | If I Could Change Your Mind | PA0001899616 | W Chappell Music Corp. | https://www.instagram.com/p/BfJYN7alJO7/ |
| 91 | Imad Royal | Bad 4 U (feat. gnash) | SR0000926781 | Atlantic Recording Corporation | https://www.instagram.com/p/BZwiGUCFOhY/ |

Schedule A – Page 12

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 92 | Jake Miller | Rumors | SR0000917916 | Warner Records Inc. | https://www.tiktok.com/@iconic.london/video/6795576725955792133 https://www.tiktok.com/@iconic.london/video/6804853081101192453 https://www.tiktok.com/@iconic.london/video/6814116970263284997 https://www.tiktok.com/@iconic.london/video/6825250025342258438 https://www.tiktok.com/@iconic.london/video/6840103043170651398 |
| 93 | Jake Miller | Rumors | PA0002139920 | Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6795576725955792133 https://www.tiktok.com/@iconic.london/video/6804853081101192453 https://www.tiktok.com/@iconic.london/video/6814116970263284997 https://www.tiktok.com/@iconic.london/video/6825250025342258438 https://www.tiktok.com/@iconic.london/video/6840103043170651398 |
| 94 | Jason Derulo | Swalla (feat. Nicki Minaj & Ty Dolla $ign) | SR0000809218 | Warner Records Inc. | https://www.facebook.com/iconiclondoninc/videos/2144836209132405/ |
| 95 | Jason Derulo | Swalla (feat. Nicki Minaj & Ty Dolla $ign) | PA0002120307 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2144836209132405/ |
| 96 | Jason Derulo | Take You Dancing | SR0000886298 | Atlantic Records Group LLC | https://www.tiktok.com/@iconic.london/video/6866818719801265414 |
| 97 | Jason Derulo x David Guetta | Goodbye (feat. Nicki Minaj & Willy William) | SR0000917911 | Warner Records Inc. | https://www.instagram.com/p/B6tebnthC1e/ |

Schedule A – Page 13

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 98 | Joel Corry | Lonely | SR0000917227 | Warner Music International Services Limited | https://www.tiktok.com/@iconic.london/video/6832307851021667589 |
| 99 | Joel Corry | Lonely | PA0002258898 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6832307851021667589 |
| 100 | Jonas Blue, William Single | Mama | PA0002141536 | W Chappell Music Corp. | https://www.instagram.com/p/BV2qQz-ljL2/ |
| 101 | Justin Timberlake | Suit & Tie (feat. Jay-Z) | PA0001939563 | Unichappell Music Inc.; Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6871310360666852609 |
| 102 | Kanye West | Bound 2 | PA0001921191 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CMNmGVEhgVP/ |
| 103 | Kanye West | POWER | PA0001866095 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1914335002182528/ |
| 104 | Katy Perry, Juicy J | Dark Horse | PA0001871672 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6932897225408384261 https://www.instagram.com/reel/CLryb2Wh01X/ |
| 105 | Kehlani | CRZY | SR0000884240 | Atlantic Records Group LLC | https://www.instagram.com/p/BNSan1ihKW8/ |
| 106 | Kehlani | CRZY | PA0002078364 | Warner-Tamerlane Publishing Corp.; W.C.M. Music Corp. | https://www.instagram.com/p/BNSan1ihKW8/ |
| 107 | Khalid | Better | PA0002296228 | W Chappell Music Corp. | https://www.instagram.com/reel/CKjutt6Bz4F/ |
| 108 | Khalid | Location | PA0002097799 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/2058491717766855/ |

Schedule A – Page 14

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 109 | Kiiara | Gold | SR0000928406 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/1751062108509819/ https://www.facebook.com/1587662884849743/videos/1968010343481660/ https://www.instagram.com/p/Bd0uBQDFcLi/ https://www.instagram.com/p/Bd-GXcIFyfL/ https://www.instagram.com/p/Bdsz2Cvl8qf/ https://www.instagram.com/p/BdyPn4yg1S6/ https://www.instagram.com/p/BelTOSSFtRw/ https://www.instagram.com/p/BfB9AqBF0EU/ |
| 110 | Kiiara | Gold | PA0002070624 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/1751062108509819/ https://www.facebook.com/1587662884849743/videos/1968010343481660/ https://www.instagram.com/p/Bd0uBQDFcLi/ https://www.instagram.com/p/Bd-GXcIFyfL/ https://www.instagram.com/p/Bdsz2Cvl8qf/ https://www.instagram.com/p/BdyPn4yg1S6/ https://www.instagram.com/p/BelTOSSFtRw/ https://www.instagram.com/p/BfB9AqBF0EU/ |
| 111 | Kojo Funds | Check (with RAYE) | SR0000926797 | Warner Music International Services Limited | https://www.instagram.com/p/Bg_s231lp7_/ |
| 112 | Kojo Funds | Check (with RAYE) | PA0002351089 | W Chappell Music Corp. | https://www.instagram.com/p/Bg_s231lp7_/ |
| 113 | Kygo | It Ain't Me (with Selena Gomez) | PA0002096997 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1998417720440922/ |

Schedule A – Page 15

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 114 | KYLE | Hey Julie! (feat. Lil Yachty) | SR0000850660 | Atlantic Recording Corporation | https://www.tiktok.com/@iconic.london/video/6784074644942048517 https://www.tiktok.com/@iconic.london/video/6815229980000242950 https://www.tiktok.com/@iconic.london/video/6838982761844444422 |
| 115 | Lauv | Paris In The Rain | PA0002291439 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/BhGyKwsF217/ |
| 116 | Leikeli47 | Attitude | PA0002127520 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2123221264627233/ |
| 117 | Leikeli47 | Money | PA0002181502 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2084047151877978/ |
| 118 | Lizzo | Juice | SR0000851086 | Atlantic Recording Corporation | https://www.instagram.com/reel/CP5-pZio6dT/ |
| 119 | Lizzo | Juice | PA0002293037 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CP5-pZio6dT/ |
| 120 | Lykke Li | I Follow Rivers | SR0000707746 | Warner Music International Services Limited | https://www.instagram.com/p/BeNU75HFZe7/ |
| 121 | Lykke Li | Little Bit | SR0000651055 | Warner Music International Services Limited | https://www.facebook.com/1587662884849743/videos/1977378822544812/ |
| 122 | M.O, Lotto Boyzz, Mr Eazi | Bad Vibe | PA0002348511 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/2104022333213793/ |
| 123 | Madison Beer | Home with You | PA0002139001 | W Chappell Music Corp. | https://www.facebook.com/iconiclondoninc/videos/2147503415532351/ |

Schedule A – Page 16

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 124 | Madison Beer | Selfish | PA0002239046 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6897952427501292802 |
| 125 | Mariah Carey | H.A.T.E.U. | PA0001677862 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/1979156299033731/ |
| 126 | Marshmello & Anne-Marie | FRIENDS | SR0000913076 | Warner Music International Services Limited | https://www.facebook.com/iconiclondoninc/videos/2079526858996674/ https://www.instagram.com/p/BgE7GC5F9xy/ |
| 127 | Meg Myers | Desire | SR0000917229 | Atlantic Recording Corporation | https://www.tiktok.com/@iconic.london/video/6866068590194363653 |
| 128 | Meg Myers | Desire | PA0001868147 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6866068590194363653 |
| 129 | Meghan Trainor | Nice to Meet Ya (feat. Nicki Minaj) | PA0002248031 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6807082944293850374 https://www.tiktok.com/@iconic.london/video/6859391037811543302 |
| 130 | Missy Elliott | Bomb Intro / Pass That Dutch | SR0000353593 | Elektra Entertainment Group Inc. | https://www.instagram.com/p/BWlJx-iFJA1/ |
| 131 | Missy Elliott | Bomb Intro / Pass That Dutch | PA0001285856 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/BWlJx-iFJA1/ |
| 132 | MoStack | Shine Girl (feat. Stormzy) | PA0002348508 | W Chappell Music Corp. | https://www.tiktok.com/@iconic.london/video/6770718527570709765 https://www.tiktok.com/@iconic.london/video/6787412633277500678 |

Schedule A – Page 17

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 133 | O.T. Genasis | Cut It (feat. Young Dolph) | SR0000813969 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/1752755248340505/ |
| 134 | Pharrell Williams | Happy - From "Despicable Me 2" | PA0001600473 | W Chappell Music Corp.; Warner Chappell Music, Inc.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1751511141798249/ |
| 135 | Pitbull & J Balvin | Hey Ma (feat. Camila Cabello) [Spanish Version] | SR0000804420 | Atlantic Records Group LLC | https://www.facebook.com/1587662884849743/videos/1987365551546139/ https://www.instagram.com/p/BZYglpqlNHM/ |
| 136 | Pop Smoke | What You Know Bout Love | PA0002305086 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CG95hckh-nV/ |
| 137 | Portugal. The Man | Feel It Still | SR0000806561 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/2054215081527852/ https://www.instagram.com/p/B4N0tatBhYr/ |
| 138 | Portugal. The Man | Feel It Still | PA0002140987 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2054215081527852/ https://www.instagram.com/p/B4N0tatBhYr/ |
| 139 | Post Malone, Swae Lee | Sunflower - Spider-Man: Into the Spider-Verse | PA0002166137 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/B9pGofoBreR/ https://www.instagram.com/p/B-NITWJBOTn/ |
| 140 | Rae Sremmurd, Swae Lee, Slim Jxmmi | Guatemala - From Swaecation | PA0002185451 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/Bjalap2BjIE/ |
| 141 | Ramz | Barking | PA0002348504 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/2015411572074870/ |

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 142 | RAYE, Mabel, Stefflon Don | Cigarette | PA0002165331 | W Chappell Music Corp. | https://www.instagram.com/p/BhRDbV-l7r4/ |
| 143 | Regard, RAYE | Secrets | PA0002348548 | Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6826732571821460742 |
| 144 | Rich Gang, Lil Wayne, Birdman, Mack Maine, Nicki Minaj, Future | Tapout | PA0001976125 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/BBZ7O7yRAFz/ |
| 145 | ROZES, Nicky Romero | Where Would We Be | PA0002117348 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/iconiclondoninc/videos/323463285043322/ |
| 146 | Rudimental | Come Over (feat. Anne-Marie & Tion Wayne) | SR0000888711 | Warner Music International Services Limited | https://www.instagram.com/reel/CK4QwD6BZQG/ |
| 147 | S1mba | Rover (feat. DTG) | SR0000880619 | Warner Music International Services Limited | https://www.tiktok.com/@iconic.london/video/6827478198268218630 https://www.tiktok.com/@iconic.london/video/6837123270693620998 https://www.tiktok.com/@iconic.london/video/6878318909984967938 |
| 148 | Saweetie | Back to the Streets (feat. Jhené Aiko) | SR0000892586 | Warner Records Inc. | https://www.instagram.com/reel/CKlxnEbhjWg/ |
| 149 | Saweetie | Back to the Streets (feat. Jhené Aiko) | PA0002270163 | W Chappell Music Corp.; W.C.M. Music Corp. | https://www.instagram.com/reel/CKlxnEbhjWg/ |

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|--------|----------------------------------|----------|--------------|----------------|
| 150 | Selena Gomez | Hands to Myself | PA0002020893 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1725800381035992/ |
| 151 | Selena Gomez | Rare | PA0002248007 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.instagram.com/reel/CNpwMcnhVzl/ |
| 152 | Selena Gomez, A$AP Rocky | Good For You | PA0002023509 | Warner-Tamerlane Publishing Corp. | https://www.instagram.com/p/BM9mgZFhH5b/ |
| 153 | Skrillex | Right In | SR0000707720 | Big Beat Records Inc. | https://www.instagram.com/p/BTI3IaUgjq1/ |
| 154 | Summer Walker | Girls Need Love (feat. Drake) | PA0002229907 | W Chappell Music Corp. | https://www.instagram.com/reel/CMKy2UxBwSg/ |
| 155 | SZA | Good Days | PA0002333973 | Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6922396683212999941 |
| 156 | Taylor Swift | Style | PA0001981838/ PAu003744122 | W Chappell Music Corp. | https://www.instagram.com/p/_hpHh2xALE/ |
| 157 | Terror Jr | 3 Strikes | SR0000793290 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/1751457155136981/ |
| 158 | Terror Jr | 3 Strikes | PA0002236453 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/1751457155136981/ |
| 159 | The Notorious B.I.G. | Going Back To Cali | SR0000220411 | Bad Boy Records LLC | https://www.facebook.com/1587662884849743/videos/2152281825054510/ |
| 160 | The Weeknd | Blinding Lights | PA0002240210 | W Chappell Music Corp. | https://www.instagram.com/p/B8tUcwpBONi/ |
| 161 | The Weeknd | Save Your Tears (with Ariana Grande) (Remix) | PA0002298175 | W Chappell Music Corp. | https://www.instagram.com/reel/COqjuHKBGc2/ |

| # | Artist | Track and/or Musical Composition | Reg. No. | Plaintiff(s) | Infringing URL |
|---|---|---|---|---|---|
| 162 | Tinie Tempah | Girls Like (feat. Zara Larsson) | SR0000936817 | Warner Music International Services Limited | https://www.facebook.com/1587662884849743/videos/1710858235863540/ |
| 163 | Tove Lo | Cool Girl | PA0002235538 | W Chappell Music Corp. | https://www.instagram.com/p/BLEtzn4Bx6d/ |
| 164 | Trey Songz | 1x1 | SR0000804905 | Atlantic Recording Corporation | https://www.facebook.com/1587662884849743/videos/1974818236134204/ |
| 165 | Trey Songz | 1x1 | PA0002235622 | Warner-Tamerlane Publishing Corp. | https://www.facebook.com/1587662884849743/videos/1974818236134204/ |
| 166 | Wiz Khalifa | Something New (feat. Ty Dolla $ign) | SR0000922156 | Atlantic Recording Corporation | https://www.tiktok.com/@iconic.london/video/6829332865935805702 |
| 167 | Wiz Khalifa | Something New (feat. Ty Dolla $ign) | PA0002261872 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | https://www.tiktok.com/@iconic.london/video/6829332865935805702 |
| 168 | Wu-Tang Clan | Gravel Pit (feat. RZA, Method Man, Ghostface Killah, Raekwon & U-God) | PA0000981222 | W Chappell Music Corp. | https://www.facebook.com/1587662884849743/videos/1913711595578202/ |
| 169 | ZAYN | Still Got Time (feat. PARTYNEXTDOOR) | PA0002094180 | W Chappell Music Corp. | https://www.instagram.com/p/BSixGedgwcU/ |

Schedule A – Page 21