# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atlantic Recording Corporation et al<br><br>PLAINTIFF(S)<br>v.<br>Iconic London Holdings Limited<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-08602-MWF-JPR<br><br>**NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5** |

NOTICE: On __December 14, 2022__, the Clerk's Office received documents from __Atlantic Recording Corporation et al__ for service on __Iconic London Holdings Limited__ pursuant to Local Rule 4-5. These documents were:

☒ Deposited for Service by the undersigned Deputy Clerk:
  on __12/16/2022__
  using ☐ U.S. Postal Service ☒ FedEx ☐ DHL ☐ Other:
  as requested in Dkt # __10__
  to [*name and address*]:

  Iconic London
  Iconic London Holdings Limited
  21-22 New Row-3rd Floor
  London LO WC2N 4LE

☐ Not deposited for Service, because [*check applicable boxes below*]:
  ☐ No Request for Service was filed (L.R. 4-5).
  ☐ The Request for Service, Dkt #: _____ did not comply with L.R. 4-5, in that:
    ☐ No authority for service was cited.
    ☐ The authority cited does not provide for service to be made by the Clerk.
    ☐ No declaration was provided.
  ☐ No addressed envelope was provided.
  ☐ Insufficient postage was provided.
  ☐ The address provided is within a country that has objected to the service of process by mail under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Dated: __December 16, 2022__   By: __L. Perez 213-894-3535__
                                      Deputy Clerk

*NOTE: If the documents provided were not deposited for service, the Clerk's Office will retain the documents for 14 days. If the party requesting service does not arrange for the documents to be picked up within that time, the documents will be destroyed.*