DAVID A. STEINBERG (SBN 130593)
  das@msk.com
MARC E. MAYER (SBN 190969)
  mem@msk.com
BRADLEY J. MULLINS (SBN 274219)
  bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ICONIC LONDON (HOLDINGS) LIMITED and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-8602 -MWF-JPR <br><br> [Assigned to Judge Michael W. Fitzgerald] <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT ICONIC** <br><br> Complaint Filed: Nov. 25, 2022 |

Mitchell
Silberberg &
Knupp LLP

**PROOF OF SERVICE**

**TO THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE that** Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Rhino Entertainment LLC, Warner Music International Services Limited, Warner Records Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp. (collectively, "Plaintiffs") effectuated service of the Summons and Complaint on defendant Iconic London (Holdings) Limited ("Iconic"). These initiating documents were served pursuant to L.R. 4-5, Fed. R. Civ. P. 4(f) and 4(h) by the Clerk of Court, on December 16, 2022. *See* Dkt. No. 12 (Notice of Service Pursuant to Local Rule 4-5).

On December 19, 2022, Plaintiffs received a Proof of Delivery from FedEx demonstrating Iconic's receipt of the initiating documents as served by the Clerk of Court, which is attached hereto as **Exhibit 1**. According to the Proof of Delivery, the initiating documents were received by Iconic on December 19, 2022, at 9:01 a.m., and were signed for by "R.Lucy."

Dated: December 21, 2022

DAVID A. STEINBERG
MARC E. MAYER
BRADLEY J. MULLINS
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
    Marc E. Mayer (SBN 190969)
    Attorneys for Plaintiffs

# EXHIBIT 1

12/21/2022

PS|Ship - FedEx Proof of Delivery

**FedEx.**

December 22, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 392162307025

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | R.LUCY | **Delivery Location:** | 21/22 NEW ROW |
| **Service type:** | FedEx International First | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | LONDON, LO, WC2N4LE |
| | | **Delivery date:** | Dec 19, 2022 09:01 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 392162307025 | **Ship Date:** | Dec 16, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
ICONIC LONDON, ICONIC LONDON HOLDINGS LIMITED
21-22 NEW ROW - 3RD FLOOR
LONDON, LO, GB, WC2N4LE

**Shipper:**
MARIA PAULUCCI, MITCHELL SILBERBERG  KNUPP LLP
437 MADISON AVENUE
25TH FLOOR
NEW YORK, NY, US, 10022

**Reference**    43399-00013-04145

12/21/2022

PS|Ship - FedEx Proof of Delivery



Thank you for choosing FedEx

https://msk.psship.com/index.php?mod=fedl&mode=action&pass=fedl_action_spod&shi_airbill=392162307025

2/2

5