DAVID A. STEINBERG (SBN 130593)
  das@msk.com
MARC E. MAYER (SBN 190969)
  mem@msk.com
BRADLEY J. MULLINS (SBN 274219)
  bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ICONIC LONDON (HOLDINGS) LIMITED and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-8602-MWF-JPR <br><br> Assigned to Hon. Michael W. Fitzgerald <br><br> **DECLARATION OF MARC E. MAYER IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION REQUESTING ENTRY OF DEFAULT AGAINST ICONIC LONDON (HOLDINGS) LIMITED** <br><br> [*Ex Parte Application and [Proposed] Order filed concurrently herewith*] <br><br> Complaint Filed: Nov. 25, 2022 |

# DECLARATION OF MARC E. MAYER

I, MARC E. MAYER, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and before this United States District Court. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Rhino Entertainment LLC, Warner Music International Services Limited, Warner Records Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp. (collectively, "Plaintiffs"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could competently testify thereto.

2. On December 2, 2022, counsel for Plaintiffs sent a courtesy copy of the filed Complaint to counsel for Defendant Iconic London (Holdings) Limited ("Defendant"), with whom Plaintiffs had been communicating about a potential resolution, and inquired as to whether counsel would accept service for Defendant. Defendant's counsel responded that his firm would not accept service.

3. Accordingly, on December 14, 2022, Plaintiffs requested service of process by the Clerk of Court pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) (ECF No. 10), which request was granted by the Court on December 16, 2022. ECF No. 11.

4. On December 14, 2022, my office sent to the Clerk of Court a copy of the operative Summons and Complaint (ECF Nos. 1, 2), along with a pre-paid FedEx envelope addressed to Defendant, with signature required upon delivery (the "Package").

5.  Attached hereto as **Exhibit 1** is a true and correct copy of the Notice of Service Pursuant to Local Rule 4-5 (ECF No. 12) of the Package, executed by the deputy clerk on December 16, 2022, indicating that Defendant was served via FedEx delivery by a clerk for the United States District Court for the Central District of California, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii).

6.  Attached hereto as **Exhibit 2** is a true and correct copy of the Proof of Service (ECF No. 13) on file with the Court, reflecting that the Package was served on Defendant in London, United Kingdom, via FedEx International First® delivery, signature required, on December 19, 2022. It was signed for by "R.Lucy." *See* Exh. 2.

7.  More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.

8.  Neither Plaintiffs nor the Court have granted Defendant an extension of time to respond to the Complaint. Defendant has failed to answer or otherwise respond to the Complaint, to serve a copy of any answer or other response upon Plaintiffs' attorneys of record, or to even enter an appearance in this case.

9.  Plaintiffs did not meet and confer with Defendant because Defendant has not entered an appearance in this case.

10. Based on an investigation conducted at my request, I am informed and believe that Defendant is a corporation, and thus is neither an infant or an incompetent person, nor is it an adult individual who is engaged in active duty or military service of the United States or any branch of the military service of the United States, as defined in 10 U.S.C. § 101. I am aware of no other facts contradicting the foregoing or otherwise suggesting that Defendant is an active service member as defined in 10 U.S.C. § 101.

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2023, at Calabasas, California.

                                                      /s/ Marc E. Mayer
                                                    Marc E. Mayer

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atlantic Recording Corporation et al <br><br> PLAINTIFF(S) <br> v. <br> Iconic London Holdings Limited <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:22-cv-08602-MWF-JPR <br><br> **NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5** |

NOTICE: On ___December 14, 2022___, the Clerk's Office received documents from ___Atlantic Recording Corporation et al___ for service on ___Iconic London Holdings Limited___ pursuant to Local Rule 4-5. These documents were:

☒ Deposited for Service by the undersigned Deputy Clerk :
on  12/16/2022
using ☐ U.S. Postal Service ☒ FedEx ☐ DHL ☐ Other:
as requested in Dkt # 10
to [*name and address*]:

    Iconic London
    Iconic London Holdings Limited
    21-22 New Row-3rd Floor
    London LO WC2N 4LE

☐ Not deposited for Service, because [*check applicable boxes below*]:

  ☐ No Request for Service was filed (L.R. 4-5).
  ☐ The Request for Service, Dkt #: _____ did not comply with L.R. 4-5, in that:
    ☐ No authority for service was cited.
    ☐ The authority cited does not provide for service to be made by the Clerk.
    ☐ No declaration was provided.
  ☐ No addressed envelope was provided.
  ☐ Insufficient postage was provided.
  ☐ The address provided is within a country that has objected to the service of process by mail under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Dated: ___December 16, 2022___      By: ___L. Perez 213-894-3535___
                                                              Deputy Clerk

*NOTE: If the documents provided were not deposited for service, the Clerk's Office will retain the documents for 14 days. If the party requesting service does not arrange for the documents to be picked up within that time, the documents will be destroyed.*

CV-141 (06/22)      NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5

# EXHIBIT 2

```
 1  DAVID A. STEINBERG (SBN 130593)
       das@msk.com
 2  MARC E. MAYER (SBN 190969)
       mem@msk.com
 3  BRADLEY J. MULLINS (SBN 274219)
       bym@msk.com
 4  MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
 5  Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
 6  Facsimile: (310) 312-3100

 7  Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ICONIC LONDON (HOLDINGS) LIMITED and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-8602 -MWF-JPR <br><br> [Assigned to Judge Michael W. Fitzgerald] <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT ICONIC** <br><br> Complaint Filed: Nov. 25, 2022 |

Mitchell Silberberg & Knupp LLP

**PROOF OF SERVICE**

8

**TO THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE that** Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Rhino Entertainment LLC, Warner Music International Services Limited, Warner Records Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp. (collectively, "Plaintiffs") effectuated service of the Summons and Complaint on defendant Iconic London (Holdings) Limited ("Iconic"). These initiating documents were served pursuant to L.R. 4-5, Fed. R. Civ. P. 4(f) and 4(h) by the Clerk of Court, on December 16, 2022. *See* Dkt. No. 12 (Notice of Service Pursuant to Local Rule 4-5).

On December 19, 2022, Plaintiffs received a Proof of Delivery from FedEx demonstrating Iconic's receipt of the initiating documents as served by the Clerk of Court, which is attached hereto as **Exhibit 1**. According to the Proof of Delivery, the initiating documents were received by Iconic on December 19, 2022, at 9:01 a.m., and were signed for by "R.Lucy."

Dated: December 21, 2022

DAVID A. STEINBERG
MARC E. MAYER
BRADLEY J. MULLINS
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
    Marc E. Mayer (SBN 190969)
    Attorneys for Plaintiffs

# EXHIBIT 1

12/21/2022     PS|Ship - FedEx Proof of Delivery



December 22, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 392162307025

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | R.LUCY | Delivery Location: | 21/22 NEW ROW |
| Service type: | FedEx International First | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | LONDON, LO, WC2N4LE |
| | | Delivery date: | Dec 19, 2022 09:01 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 392162307025 | Ship Date: | Dec 16, 2022 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
ICONIC LONDON, ICONIC LONDON HOLDINGS LIMITED
21-22 NEW ROW - 3RD FLOOR
LONDON, LO, GB, WC2N4LE

Shipper:
MARIA PAULUCCI, MITCHELL SILBERBERG KNUPP LLP
437 MADISON AVENUE
25TH FLOOR
NEW YORK, NY, US, 10022

Reference     43399-00013-04145

https://msk.psship.com/index.php?mod=fedl&mode=action&pass=fedl_action_spod&shi_airbill=392162307025     1/2

12/21/2022                                                  PS|Ship - FedEx Proof of Delivery



Thank you for choosing FedEx