Harrison J. Dossick (SBN 128319)
hdossick@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:  +1 310 734 5200
Facsimile:   +1 310 734 5299

Attorneys for Defendant
Iconic London (Holdings) Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> ICONIC LONDON (HOLDINGS) LIMITED and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-8602-MWF-JPR <br><br> Assigned to Hon. Michael W. Fitzgerald <br><br> **JOINT MOTION AND APPLICATION TO SET ASIDE DEFAULT [Fed. R. Civ. P. 55(c)]** <br><br> Complaint served:   December 19, 2022 <br><br> Response due:   January 9, 2023 <br><br> Default entered:   January 13, 2023 <br><br> [Proposed Order; Stipulation to Extend Response Date By Not More Than 30 Days (L.R. 8-3) Filed Concurrently Herewith] |

Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Rhino Entertainment LLC, Warner Music International Services Limited, Warner Records Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp. (collectively, "Plaintiffs") and Defendant Iconic London (Holdings) Limited ("Defendant"), by and through their respective undersigned counsel, and for good cause as shown herein, hereby stipulate, and jointly move and apply for an order setting aside the default entered on January 13, 2023 (ECF No. 15), based on the following facts:

1. Plaintiffs' Complaint (ECF No. 1) was filed in this Court on November 25, 2022.

2. A 21-day "Summons re Complaint," as to Defendant, was issued on November 28, 2022 (ECF No. 9).

3. On November 28, 2022, Plaintiffs' counsel asked Defendant's London-based counsel, Reed Smith partner Gregor J. Pryor, whether he would arrange for Defendant to accept service of Plaintiffs' Complaint. On December 2, 2022, Mr. Pryor advised Plaintiffs' counsel that Reed Smith are not instructed to accept service of Plaintiffs' Complaint.

4. On December 14, 2022, Plaintiffs filed a Request for Foreign Service of Process on Defendant by the Clerk of the Court pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h) (ECF No. 10), which was granted on December 16, 2022 (ECF No. 11).

5. On December 19, 2022, Plaintiffs received a Proof of Delivery from FedEx indicating that the initiating documents were received by Iconic on December 19, 2022, at 9:01 a.m., and were signed for by "R.Lucy" (ECF No. 13).

6. On that basis, Defendant's response to the Complaint was due on or before January 9, 2023.

7. On January 12, 2023, Plaintiffs filed an *Ex Parte* Application for Entry of Default (ECF No. 14) (the "*Ex Parte* Application") and emailed a file-stamped courtesy copy of same to Mr. Pryor.

8. On January 13, 2023, Defendant's New York-based counsel, Reed Smith partner Peter D. Raymond, advised Plaintiffs' counsel by email that Reed Smith was authorized to appear in the case on behalf of Defendant and asked whether Plaintiffs' counsel were available that day to discuss the *Ex Parte* Application and next steps. Mr. Raymond subsequently advised Plaintiffs' counsel several hours later by email that he understood Defendant's office was closed for the holidays on December 19, 2022, the date the Summons and Complaint were delivered, and that Defendant does not have an employee or agent named "R. Lucy" who could have signed for the FedEx package. Later that day, the Court granted *Ex Parte* Application (ECF No. 16), default as to Defendant was entered by the Clerk (ECF No. 17), and the parties agreed to meet and confer on January 16, 2023, at 11:00 a.m.

9. Further to the foregoing correspondence and the parties' January 16, 2023, meet and confer, Defendant has agreed to appear in this action through counsel, waive its rights to challenge or contest service of the Complaint, and file a response thereto. In exchange, and in order to avoid any dispute over service or whether good cause exists to set aside the default, Plaintiffs have agreed and the parties hereby stipulate to (a) set aside the default, (b) file this Joint Motion and Application to Set Aside Default, and (c) extend Defendant's time to respond to the Complaint by not more than 30 days after January 9, 2023, in accordance with Local Rule 8-3.[1]

10. The parties further agree that by jointly seeking the relief requested herein, Defendant does not intend to waive any of its rights, remedies, responses, defenses and/or challenges, including to contest personal jurisdiction, venue or the propriety of

---

[1] The parties' Stipulation to so extend Defendant's time to respond pursuant to Local Rule 8-3 is filed concurrently herewith.

this forum, except that Defendant has agreed to accept service and expressly waives any arguments challenging or contesting service.

Based on the foregoing, and for good cause having been shown, the parties hereby stipulate, jointly move, and respectfully request that the Court set aside the default pursuant to Fed. R. Civ. P. 55(c).

Respectfully submitted,

DATED: February 1, 2023          REED SMITH LLP
                                 Harrison J. Dossick


                                 By:  /s/Harrison J. Dossick
                                      Harrison J. Dossick
                                      Attorneys for Defendant
                                      Iconic London (Holdings) Limited

I, Harrison J. Dossick, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

DATED: February 1, 2023          DAVID A. STEINBERG
                                 MARC. E. MAYER
                                 BRADLEY J. MULLINS
                                 MITCHELL SILBERBERG & KNUPP LLP


                                 By:  /s/Marc E. Mayer
                                      Marc E. Mayer
                                      *Attorneys for Plaintiffs*

– 4 –
JOINT MOTION TO SET ASIDE DEFAULT          Case No. 2:22-cv-8602-MWF-JPR