DAVID A. STEINBERG (SBN 130593)
das@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
BRADLEY J. MULLINS (SBN 274219)
bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>ICONIC LONDON (HOLDINGS) LIMITED and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-8602-MWF-JPR<br><br>*Assigned to Hon. Michael W. Fitzgerald*<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Complaint Filed: Nov. 25, 2022<br>Pretrial Conference: May 20, 2024<br>Trial: June 18, 2024 |

**TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Rhino Entertainment LLC, Warner Music International Services Limited, Warner Records Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp. (collectively, "Plaintiffs"), and Defendant Iconic London (Holdings) Limited ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, submit this stipulation of voluntary dismissal without prejudice.

The Parties stipulate to dismiss all claims in the above-captioned action, in their entirety, without prejudice. Plaintiffs reserve the right to re-assert any claims set forth in this action. The Parties further stipulate that each party shall bear its own costs and attorneys' fees.

**SO STIPULATED**.

DATED: June 30, 2023

DAVID A. STEINBERG
MARC. E. MAYER
BRADLEY J. MULLINS
MITCHELL SILBERBERG & KNUPP LLP

By: /s/Marc E. Mayer
Marc E. Mayer
*Attorneys for Plaintiffs*

DATED: June 30, 2023

HARRISON J. DOSSICK
REED SMITH LLP

By: /s/Harrison J. Dossick
Harrison J. Dossick
*Attorneys for Defendant*

**Attestation Regarding Signatures – Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

DATED: June 30, 2023

By: /s/Marc E. Mayer
Marc E. Mayer

Mitchell Silberberg & Knupp LLP

3

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii))**