JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ICONIC LONDON (HOLDINGS) LIMITED and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-8602-MWF-JPR <br><br> *Assigned to Hon. Michael W. Fitzgerald* <br><br> **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii))** <br><br> Complaint Filed: Nov. 25, 2022 <br> Pretrial Conference: May 20, 2024 <br> Trial: June 18, 2024 |

**ORDER**

Having reviewed the parties' Stipulation of Voluntary Dismissal Without Prejudice, it is hereby ORDERED that:

All claims in the above-captioned action are dismissed, in their entirety, without prejudice. Plaintiffs shall have the right to re-assert any claims set forth in this action. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 3, 2023

_____
Hon. Michael W. Fitzgerald
United States District Court Judge